**Dontae SPIVEY, Plaintiff–Appellant,**

v.

**CORRECTIONAL MEDICAL SERVICES, Defendant–Appellee,**

**and**

**Prison Health Service, INCORPORATED, Defendant.**

**No. 07–7632.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 6, 2008.

Decided: June 25, 2008.

Dontae Spivey, Appellant Pro Se. Katrina J. Dennis, Kramon & Graham, Baltimore, Maryland, for Appellee.

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dontae Spivey appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Spivey v. Corr. Med. Servs.,* No. 1:07–cv–01272–JFM (D.Md. Oct. 4, 2007). We deny Spivey's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*